IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas C. Williams,                     :
                                        :
        Plaintiff,                      :
                                        :   Case Number: 1:22cv139
    vs.                                 :
                                        :   Judge Susan J. Dlott
President Joe Biden,                    :
                                        :
        Defendant.                      :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 21, 2022 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 4, 2022, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED with prejudice.  The Court certifies pursuant to 28 U.S.C. 1915(a) that an appeal of this Order would not be taken in good faith and denies plaintiff leave to appeal in forma pauperis.

        IT IS SO ORDERED.


                                        S/Susan J. Dlott
                                        ─────────────────────────
                                        Judge Susan J. Dlott
                                        United States District Court